UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-02371-SSS | Date | December 12, 2023 |
|---|---|---|---|
| Title | *In re Jae Yong Yu* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
None Present                              None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On November 20, 2023, Appellant Jay Yong Yu filed a Notice of Appeal from the ruling from the United States Bankruptcy Court for the Central District of California. [Dkt. 1, Notice of Appeal]. As of today's date, Appellant has failed to file all documents as required under Federal Rules of Bankruptcy Procedure 8003 and 8009.

Accordingly, the Court **ORDERS** Appellant to show cause in writing why this action should not be dismissed for failure to comply with the Federal Rules of Bankruptcy Procedure. Appellant is directed to respond in writing by **January 5, 2024**. Failure to respond, or an inadequate response, will result in a dismissal of this appeal.

**IT IS SO ORDERED.**